Robert W. Rust, U. S. Atty., Miami, Fla., Richard A. Hauser, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Jerry Ronald GREEN, Plaintiff-Appellant,

v.

Bill HARBOUR et al., Defendants-Appellees.

No. 71-1362

Summary Calendar.[*]

United States Court of Appeals, Fifth Circuit.

June 29, 1971.

Herbert Green, Jr., Dallas, Tex., for plaintiff-appellant.

Tom Sands, Lyne, Klein & French, Dallas, Tex., for defendants-appellees.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1a]

UNITED STATES of America, Plaintiff-Appellee,

v.

Johnnie W. MULLINS, Jr., Defendant-Appellant.

No. 31049

Summary Calendar.[**]

United States Court of Appeals, Fifth Circuit.

June 29, 1971.

Rehearing Denied Sept. 8, 1971.

William J. Gillespie, Gillespie & McClendon, Lubbock, Tex., for defendant-appellant.

Eldon B. Mahon, U. S. Atty., W. E. Smith, Asst. U. S. Atty., Ft. Worth,

---

[1]. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.

[*] Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

[1a]. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

[**] Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.